■ The People of the State of New York, Respondent, v Jeffery T. Russell, Appellant. (Appeal No. 2.) [18 NYS3d 916]— Appeal from a judgment of the Wayne County Court (Dennis M. Kehoe, J.), rendered November 30, 2010. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Russell* ([appeal No. 1] 133 AD3d 1199 [2015]). Present—Scudder, P.J., Peradotto, Carni, Valentino and Whalen, JJ.